UNITED STATES DISTRICT COURT

for the

District of Alaska



APR 28 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

*Lucy Clark*

against

index no.

3:26-cv-00179-SLG

*Michael Rosenthal, Kevin Mcclanahan*

1. Defendant Kevin Mcclanahan violated due process,

2. Defendant Michael Rosenthal conspired with Kevin Mcclanahan,

2. Plaintiff demands an award to be decided by the Court.

I declare under penalty of perjury that I have read the complaint and that the information contained in the complaint is true and correct.

Lucy Clark

4/6/26

Lucy Clark
110 Simpson Ave
Jackson, WY 83009

NEW YORK NY 100

23 APR 2026 PM 6 L



UNITED STATES
OF AMERICA

FOREVER/USA

U.S. District Court Clerk's Office
222 W. 7th Avenue, Room 229,
Box/Suite #4
Anchorage, AK 99513